IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| vs. | ) ) | Cr. No. 05-290 (JGP) |
| SHALMOME ODOKARA | ) ) | UNDER SEAL |
| Defendant. | ) ) ) | |

**DEFENDANT SHALOME ODOKARA'S UNOPPOSED
MOTION TO CONTINUE PLEA HEARING DATE**

Defendant, Shalome Odoara, through undersigned counsel, respectfully moves the Court to vacate the current plea date in the above-captioned case of August 16, 2005 at 10:00 a.m. and establish a new plea date on October 12, 2005 at 11:00 a.m. As grounds for this motion, defense counsel submits:

1. A plea in this matter is currently scheduled for tomorrow, August 16, 2005 at 10:00 a.m.

2. Based on the schedules of counsel and the defendant, who lives in Portland, Maine, the parties are asking that the Court reschedule the plea hearing for October 12, 2005 at 11:00 a.m. The parties pre-cleared the requested time and date with Chambers.

WHEREFORE, Ms. Okodara respectfully requests that this Court current plea date in the above-captioned case of August 16, 2005 at 10:00 a.m. and establish a new plea date of October 12, 2005 at 11:00 a.m.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY, that a copy of the foregoing Motion has been served on counsel for the government, AUSA Jon Rosen on this 15th day of August, 2004.

                                                        /s/
                                            Jonathan S. Jeffress