**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **Cr. No. 05-290 (JGP)** |
| ) | |
| **SHALMOME ODOKARA** ) | **UNDER SEAL** |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of the defendant's unopposed motion to continue the plea date, it is

hereby

**ORDERED** that the Motion is granted; and it is

**FURTHER ORDERED** that the plea in this matter is rescheduled for October 12,

2005 at 11:00 a.m.

**SO ORDERED.**

_____
JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE


_____
DATE

Jonathan S. Jeffress, AFPD
Jon Rosen, AUSA

_____