*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **UNITED STATES OF AMERICA**    ) | |
|                                 ) | |
|                                 ) | **Criminal Action No. 05-0290 (JGP)** |
| **v.**                          ) | **(SEALED)** |
|                                 ) | |
|                                 ) | |
|                                 ) | |
| **SHALOME ODOKARA,**            ) | |
|                                 ) | |
| **Defendant.**                  ) | |

### ORDER

In consideration of Defendant's Unopposed Motion to Continue Plea Hearing Date, it is hereby

**ORDERED** that the Motion to Continue is **GRANTED**; and it is further

**ORDERED** that the plea hearing in this matter be continued to October 12, 2005 at 11 A.M. in Courtroom 15.

**DATE: August 16, 2005**                                      **JOHN GARRETT PENN**
                                                               **United States District Judge**