UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Action No. 05-0290 (JGP) |
| v.        ) | (SEALED) |
| ) | |
| SHALOME ODOKARA,    ) | |
| ) | FILED |
| Defendant.    ) | AUG 0 5 2005 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Based on the representations made in the Government's **Motion to Seal the Information, Plea Proceeding and Future Proceedings in this Case until Further Order of this Court and to Seal the Motion to Seal [1]**, the Court finds:

1. Pursuant to plea agreement, the defendant has agreed to cooperate with the United States in an ongoing investigation.

2. The general public is not aware of this cooperation or investigation.

3. The public docketing at this time of the any notice of the Government's Motion to Seal or this Court's Order on that motion would likely jeopardize the ongoing investigation and place the safety of parties involved in the investigation at unnecessary risk.

4. There is a compelling governmental interest in sealing the pleadings, records and files in this case and an extraordinary situation exists which justifies a delay in public docketing of any notice of the filing of the Government's Motion to Seal or this Court's Order.[1]

Based on these findings of fact, it is hereby

---

[1] *See Post v. Robinson*, 290 U.S. App. D.C. 116, 123 n. 10, 935 F.2d 282, 289 n. 10 (1991).

**ORDERED** that the Government's Motion to Seal [1] is **GRANTED**; and it is further

**ORDERED** that this Order, the Government's Motion to Seal [1], the Information [2] and all further pleadings shall be filed under seal until further Order of this Court; and it is further

**ORDERED** that the plea proceeding, and all future proceedings, shall be conducted under seal until further order of this Court.

DATE: August 5, 2005

JOHN GARRETT PENN
United States District Judge