IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| ) | |
| vs.   ) | |
| ) | Cr. No. 05-290 (JGP) |
| **SHALMOME ODOKARA**   ) | <u>UNDER SEAL</u> |
| ) | |
| **Defendant.**   ) | |

### DEFENDANT SHALOME ODOKARA'S UNOPPOSED
### MOTION TO VACATE PLEA HEARING DATE

Defendant, Shalome Odoara, through undersigned counsel, respectfully moves the Court to vacate the current plea date in the above-captioned case of October 12, 2005 at 10:00 a.m. As grounds for this motion, defense counsel submits:

1. A plea in this matter is currently scheduled for tomorrow, October 12, 2005 at 11:00 a.m.

2. Based on very recent discussions between the parties, the possibility of a plea is now doubtful. The government has today stated that the plea offer is no longer outstanding.

3. Counsel will endeavor to inform the Court concerning the direction of this case within the next week.

WHEREFORE, the parties respectfully request that the Court vacate the plea set down for tomorrow, October 12, 2005.

        Respectfully submitted,


        A.J. KRAMER
        Federal Public Defender


        _____/s/_____
        Jonathan S. Jeffress
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Ste 550
        Washington, D.C.  20004
        (202)  208-7500