IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | |
| ) | **Cr. No. 05-290 (JGP)** |
| **SHALMOME ODOKARA** ) | <u>**UNDER SEAL**</u> |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of the defendant's unopposed motion to vacate the plea date, it is hereby

**ORDERED** that the Motion is granted; and it is

**FURTHER ORDERED** that the plea in this matter scheduled for October 12, 2005 at 11:00 a.m. is **VACATED**.

**SO ORDERED.**

_____
JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE


_____
DATE


Jonathan S. Jeffress, AFPD
Jon Rosen, AUSA