UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Criminal Action No. 05-0290 (JGP)** |
| | ) | **(SEALED)** |
| | ) | |
| **SHALOME ODOKARA,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In consideration of Defendant's Unopposed Motion to Vacate Plea Hearing Date, it is hereby

**ORDERED** that the Motion to Vacate Plea Hearing Date is **GRANTED** nunc pro tunc. The plea hearing previously scheduled for October 12, 2005 is vacated. It is further

**ORDERED** that Defendant file a status report with the Court on or before October 24, 2005.


DATE: October 13, 2005                    **JOHN GARRETT PENN**
                                          **United States District Judge**