# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **vs.** | ) |
| | ) **Cr. No. 05-290 (JGP)** |
| **SHALMOME ODOKARA** | ) **<u>UNDER SEAL</u>** |
| | ) |
| **Defendant.** | ) |
| | ) |

## <u>STATUS REPORT</u>

Defendant, Shalome Odokara, through undersigned counsel, respectfully submits this status report per the October 13, 2005 Order of the Court.  The status is that the parties are no longer discussing a plea and do not currently believe that this case will resolve by way of a plea bargain.  Counsel will notify the Court immediately upon any further developments in the case.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a copy of the foregoing Motion has been served on counsel for the government, AUSA Jon Rosen on this 25th day of October, 2005.

_____/s/_____
Jonathan S. Jeffress
