*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Criminal Action No. 05-0290 (JGP) |
| | ) (SEALED) |
| | ) |
| **SHALOME ODOKARA,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

On October 25, 2005, Defendant filed a status report indicating that it is unlikely this matter will be resolved through a plea agreement. Accordingly, it is hereby

**ORDERED** that Defendant file a status report with the Court on or before November 10, 2005.


**DATE: October 27, 2005**                                    **JOHN GARRETT PENN**
                                                              **United States District Judge**