IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | Cr. No. 05-290 (JGP) |
| SHALMOME ODOKARA ) | UNDER SEAL |
| ) | |
| Defendant. ) | |

**STATUS REPORT**

Defendant, Shalome Odokara, through undersigned counsel, respectfully submits this status report per the October 24, 2005 Order of the Court. The status is that the parties have had no further discussions since the filing of the previous status report. Counsel will notify the Court immediately upon any further developments in the case.

Respectfully submitted,


A.J. KRAMER
Federal Public Defender


    /s/
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500