UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal Action No. 05-0290 (JGP) |
| ) | (SEALED) |
| ) | |
| **SHALOME ODOKARA,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

On October 25, 2005, Defendant filed a status report indicating that it was unlikely this matter would be resolved through a plea agreement. On December 1, 2005, Defendant filed a status report indicating that the parties had not communicated since the previous report. Accordingly, it is hereby

**ORDERED** that the parties file a joint status report with the Court on or before January 31, 2006.


DATE: December 2, 2005                                     JOHN GARRETT PENN
                                                          **United States District Judge**