UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-0290 (JGP) |
| ) | (SEALED) |
| ) | |
| SHALOME ODOKARA, ) | FILED |
| ) | |
| Defendant. ) | MAY 2 2 2006 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

ORDER

A criminal information was filed in this case on August 3, 2005. The matter was sealed by Order of the Court on August 5, 2005. Because the matter could not be resolved by plea agreement, the Government filed an indictment against Defendant in criminal case number 06-0045. That case has subsequently been reassigned to another Judge. Accordingly, it is hereby

**ORDERED** that, on or before May 30, 2006, the parties file a joint status report indicating whether this matter should remain under seal and whether there is any reason this case should not be closed for all purposes.

DATE: May 22, 2006                                          JOHN GARRETT PENN
                                                            United States District Judge