UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-290-01 (JGP) |
| v. | : | |
| SHALOME ODOKARA, | : | UNDER SEAL     FILED |
| Defendant. | : | JUN 0 1 2006 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**GOVERNMENT AND DEFENDANT JOINT STATUS REPORT AND JOINT MOTION TO UNSEAL PAST PROCEEDINGS AND TO CLOSE THIS CASE AND JOINT MOTION TO LATE FILE.**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Shalome Odokara, hereby submit this motion to late file, to unseal the criminal Information and prior proceedings in this case[1] and to close the case. In support of this motion the government and defendant state as follows:

1. On August 3, 2005, a criminal information was filed.

2. On August 5, 2005, the matter was sealed by order of the Court

3. The matter could not be resolved by plea agreement and an indictment was returned against defendant in criminal case number 06-0045.

4. The case was transferred under case number 06-0045 to Judge Emmet G. Sullivan by direction of the Calender Committee on February 24, 2006.

5. On May 22, 2006, the Court ordered the parties to file a joint status report by May 30, 2006.

6. Parties received late notice of the order and given that no prejudice will result from the late filing, request permission to late file our joint response.

---

By prior Order of the Court, all pleadings in this case are to be filed under seal.

7. The parties respectfully submits that the Court should enter the attached proposed order unsealing this matter in its entirety, closing the case..

WHEREFORE, it is respectfully requested that this motion be granted.

        Respectfully submitted,

        KENNETH C. WAINSTEIN
        UNITED STATES ATTORNEY
        D.C. BAR # 451058

By: _____
        JOHN CARLIN
        ASSISTANT U.S. ATTORNEY
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 353-2457
        John.carlin@usdoj.gov

By: _____
        JONATHAN JEFFRESS
        FEDERAL PUBLIC DEFENDER
        625 Indiana Avenue, , N.W., Suite 550
        Washington, D.C. 20004
        (202) 208-7500
        Jonathan_jeffress@fd.org