*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Criminal Action No. 05-0290 (JGP)** |
| | ) | |
| | ) | |
| **SHALOME ODOKARA** | ) | |
| | ) | |

## ORDER

Upon consideration of the parties' Joint Status Report and Joint Motion to Unseal Past Proceedings and to Close This Case and Joint Motion to Late File, it is hereby

**ORDERED** that the motion to late file is **GRANTED**; it is further

**ORDERED** that the motion to unseal past proceedings is **GRANTED**; and it is further

**ORDERED** that the motion to close this case is **GRANTED.**


**DATE: June 5, 2006**                                    **JOHN GARRETT PENN**
                                                          **United States District Judge**